UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

IN RE:                              )
                                    )
BETTY SUE HOWARD                    )   CASE NO. 13-11877
                                    )
                                    )   CHAPTER 13
                                    )
         Debtor(s)                  )

CREDITOR: Bank of America

## OBJECTION TO CONFIRMATION

Creditor objects to confirmation upon the following grounds:

(X)  1.   Creditor does not have adequate protection.

(X)  2.   Creditor's security has been improperly valued.

( )  3.   Security is worth more than claim. Plan doesn't provide for interest or other charges, or provides insufficient interest.

( )  4.   Unsecured claims are divided into classes without rational basis, and/or discriminates unfairly against a class.

(X)  5.   Security interest in home is modified or default not cured within a reasonable time.

( )  6.   The plan was modified without proper notice.

( )  7.   Plan isn't in good faith and/or is not best fair effort.

( )  8.   Payment in excess of that in Chapter 7 not provided.

(X)  9.   Creditor has a secured claim and hasn't accepted plan.

( )  10.  Insufficient time to specify grounds, and other.

Creditor prays for a hearing, for appropriate orders, and for notice and opportunity to be heard on any and all matters, proceedings or others in this case.

Respectfully submitted,

LODGED

JUN 04 2013

With The Chapter 13 Trustee

6/13/13

KENNEDY, KOONTZ & FARINASH

_____
RICHARD T. KLINGLER, Bar No. 006594
320 N. Holtzclaw Avenue
Chattanooga, Tennessee 37404
(423) 622-4535
ATTORNEYS FOR Bank of America