**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **BETTY SUE HOWARD** | ) | **CASE NO. 13-11877** |
| | ) | |
| | ) | **Chapter 13** |
| | ) | |
| **Debtor** | ) | |

___

**WITHDRAWAL OF OBJECTIONS TO CONFIRMATION**
___

Comes the Bank of America, by and through Kennedy, Koontz & Farinash, and hereby withdraws the Objections to Confirmation previously filed in the above styled case on May13, 2013, [Doc. No. 16] and June 4, 2013 [Doc. No. 21].

        Respectfully submitted,

        KENNEDY, KOONTZ & FARINASH

        By /s/ Richard T. Klingler
        Richard T. Klingler (006594)
        Attorneys for Trustee
        320 N. Holtzclaw Avenue
        Chattanooga, TN  37404
        rtklingler@kkflawfirm.com
        (423) 622-4535

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that a copy of the foregoing pleading has been sent by electronic mail upon the following:

C. Kenneth Still
Chapter 13 Trustee
P.O. Box 511
Chattanooga, TN 37401

Rebble Johnson
Richard Banks & Associates
P.O. Box 1515
Cleveland, TN 37311

      October 23, 2013                    /s/Richard T. Klingler
                                                       Richard T. Klingler