**SO ORDERED.**
**SIGNED this 22nd day of November, 2013**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
John C. Cook
**UNITED STATES BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **In Re:  Betty Sue Howard** | * | **Case No.  13-11877** |
| | * | **Chapter 13** |
| **Debtor(s)** | * | |

### AGREED ORDER

This matter is before the Court on a Joint Motion to enter an Agreed Order transferring servicing to , PennyMac Loan Services, LLC, PO Box 30597, Los Angeles, CA 90030-0597 as the appropriate entity to collect and receive payments as authorized servicing agent for Bank of America, PO Box 660933, Dallas, TX 75266-0933.

For good cause shown, the motion is hereby granted.

####

APPROVED FOR ENTRY BY:

/s/ *[signature]*

Richard Banks & Associates, P.C.
Richard L. Banks #000617
Rebble S. Johnson #011548
Andrew B. Morgan #026879
Attorney at Law
P.O. Box 1515
Cleveland, TN 37364-1515
423-479-4188

/s/C Kenneth Still
Chapter 13 Trustee
PO Box 511
Chattanooga, TN 37401
423-265-2261