UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

IN RE:  
BETTY SUE HOWARD

Case No.: 13-11877 NWW  
Chapter 13

## NOTICE OF FINAL CURE PAYMENT

According to Fed. Bankr. Rule 3002.1(f), the Trustee gives notice that the amount required to cure the prepetition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

### Part 1: MORTGAGE INFORMATION
Creditor Name:    OCWEN LOAN SERVICING, LLC

Court Claim Number: **002**    UCI:

Last Four of Account Id Number:    0826

Property Address, if available:    171 HOWARD RD NE

### Part 2: CURE AMOUNT

| | | |
|---|---|---|
| a. | Allowed prepetition arrearage: | $10307.37 |
| b. | Prepetition arrearage paid by the Trustee: | $10307.37 |
| c. | Amount of postpetition fees, expenses and charges recoverable under FRBP 3002.1(c): | $500.00 |
| d. | Amount of postpetition fees, expenses and charges recoverable under FRBP 3002.1(c) paid by the Trustee: | $500.00 |
| | Total Disbursements by Trustee: | $58,478.40 |

### Part 3: POST PETITION MORTGAGE PAYMENT
Mortgage is paid thru the Trustee conduit.

Current Monthly Mortgage Payment: $767.93

Next post-petition payment due: JULY 2018

**To the extent that the Debtor is not current as of the date of this notice, the creditor should file a response indicating same.**

### YOUR RESPONSE IS REQUIRED BY F.R.B.P Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have

paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions. To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this notice sent to debtor(s) and creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: JULY 19, 2018

Respectfully Submitted:

/s/ Kara L. West, Trustee
Kara L. West, Trustee
Standing Chapter 13 Trustee
P.O. Box 511
Chattanooga, TN 37401
(423) 265-2261

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below

**By U.S. Mail as follows:**
Debtor:  BETTY SUE HOWARD, 171 HOWARD ROAD NE, , CLEVELAND, TN   37312
Creditor:  OCWEN LOAN SERVICING, LLC, ATTN:   CASHIERING DEPT, 1661 WORTHINGTON RD, STE 100, WEST PALM BEACH, FL 33409-
Creditor Noticing Address:    OCWEN LOAN SERVICING LLC ATTN BANKRUPTCY DEPT PO BOX 24605 WEST PALM BEACH, FL   33416-4605

**By electronic e-mail to the U.S. Trustee and the Debtor Attorney:**
Debtor Attorney:  RICHARD L BANKS & ASSOCIATES
Creditor Attorney:    SHAPIRO & INGLE LLP

Date: JULY 19, 2018                              /s/ DENISE SMITH

Case Status Report - Disburse History

| | | | Status as of | 7/16/2018 | | | Page 1 |
|---|---|---|---|---|---|---|---|
| | | | | | | | Chapter 13 |

13-11877-NWW  BETTY SUE HOWARD
171 HOWARD ROAD NE
CLEVELAND TN 37312

Atty: RICHARD L BANKS & ASSOCIATES
Paid/Discharged

| Clm Num | Date | Name | Check# | Principal | Int Pd | Total Paid | R | Type |
|---|---|---|---|---|---|---|---|---|
| 002-0 | 6/30/2018 | OCWEN LOAN SERVICING, LLC | 1967492 | $1,345.15 | $0.00 | $1,345.15 | | |
| 002-0 | 5/31/2018 | OCWEN LOAN SERVICING, LLC | 1963167 | $190.71 | $0.00 | $190.71 | Y | |
| 002-0 | 4/30/2018 | OCWEN LOAN SERVICING, LLC | 1958672 | $15.14 | $0.00 | $15.14 | Y | |
| 002-0 | 3/31/2018 | OCWEN LOAN SERVICING, LLC | 1954009 | $767.93 | $0.00 | $767.93 | Y | |
| 002-0 | 2/28/2018 | OCWEN LOAN SERVICING, LLC | 1949288 | $767.93 | $0.00 | $767.93 | Y | |
| 002-0 | 1/31/2018 | OCWEN LOAN SERVICING, LLC | 1944875 | $767.93 | $0.00 | $767.93 | Y | |
| 002-0 | 12/31/2017 | OCWEN LOAN SERVICING, LLC | 1940239 | $767.93 | $0.00 | $767.93 | Y | |
| 002-0 | 11/30/2017 | OCWEN LOAN SERVICING, LLC | 1935734 | $767.93 | $0.00 | $767.93 | Y | |
| 002-0 | 10/31/2017 | OCWEN LOAN SERVICING, LLC | 1931169 | $767.93 | $0.00 | $767.93 | Y | |
| 002-0 | 9/30/2017 | OCWEN LOAN SERVICING, LLC | 1926546 | $767.93 | $0.00 | $767.93 | Y | |
| 002-0 | 8/31/2017 | OCWEN LOAN SERVICING, LLC | 1921864 | $767.93 | $0.00 | $767.93 | Y | |
| 002-0 | 7/31/2017 | OCWEN LOAN SERVICING, LLC | 1917170 | $767.93 | $0.00 | $767.93 | Y | |
| 002-0 | 6/30/2017 | OCWEN LOAN SERVICING, LLC | 1912493 | $927.52 | $0.00 | $927.52 | Y | |
| 002-0 | 5/31/2017 | OCWEN LOAN SERVICING, LLC | 1907736 | $943.20 | $0.00 | $943.20 | Y | |
| 002-0 | 4/30/2017 | OCWEN LOAN SERVICING, LLC | 1902812 | $943.20 | $0.00 | $943.20 | Y | |
| 002-0 | 3/31/2017 | OCWEN LOAN SERVICING, LLC | 1898020 | $943.20 | $0.00 | $943.20 | Y | |
| 002-0 | 2/28/2017 | OCWEN LOAN SERVICING, LLC | 1893049 | $943.20 | $0.00 | $943.20 | Y | |
| 002-0 | 1/31/2017 | OCWEN LOAN SERVICING, LLC | 1888410 | $943.20 | $0.00 | $943.20 | Y | |
| 002-0 | 12/31/2016 | OCWEN LOAN SERVICING, LLC | 1883670 | $943.20 | $0.00 | $943.20 | Y | |
| 002-0 | 11/30/2016 | OCWEN LOAN SERVICING, LLC | 1879015 | $942.01 | $0.00 | $942.01 | Y | |
| 002-0 | 10/31/2016 | OCWEN LOAN SERVICING, LLC | 1874263 | $952.59 | $0.00 | $952.59 | Y | |
| 002-0 | 9/30/2016 | OCWEN LOAN SERVICING, LLC | 1869428 | $956.72 | $0.00 | $956.72 | Y | |
| 002-0 | 8/31/2016 | OCWEN LOAN SERVICING, LLC | 1864581 | $956.72 | $0.00 | $956.72 | Y | |
| 002-0 | 7/31/2016 | OCWEN LOAN SERVICING, LLC | 1859628 | $956.72 | $0.00 | $956.72 | Y | |
| 002-0 | 6/30/2016 | OCWEN LOAN SERVICING, LLC | 1854796 | $956.72 | $0.00 | $956.72 | Y | |
| 002-0 | 5/31/2016 | OCWEN LOAN SERVICING, LLC | 1849821 | $956.72 | $0.00 | $956.72 | Y | |
| 002-0 | 4/30/2016 | OCWEN LOAN SERVICING, LLC | 1844712 | $956.72 | $0.00 | $956.72 | Y | |
| 002-0 | 3/31/2016 | OCWEN LOAN SERVICING, LLC | 1839640 | $956.72 | $0.00 | $956.72 | Y | |
| 002-0 | 2/29/2016 | OCWEN LOAN SERVICING, LLC | 1834242 | $807.87 | $0.00 | $807.87 | Y | |
| 002-0 | 1/31/2016 | OCWEN LOAN SERVICING, LLC | 1829204 | $807.87 | $0.00 | $807.87 | Y | |
| 002-0 | 12/31/2015 | OCWEN LOAN SERVICING, LLC | 1824330 | $807.87 | $0.00 | $807.87 | Y | |
| 002-0 | 12/12/2015 | OCWEN LOAN SERVICING, LLC | 1819391 | ($807.87) | $0.00 | ($807.87) | Y | Void |
| 002-0 | 12/12/2015 | OCWEN LOAN SERVICING, LLC | 1820459 | $807.87 | $0.00 | $807.87 | Y | Manual |
| 002-0 | 11/30/2015 | OCWEN LOAN SERVICING, LLC | 1819391 | $807.87 | $0.00 | $807.87 | Y | |
| 002-0 | 10/31/2015 | OCWEN LOAN SERVICING, LLC | 1814433 | $807.87 | $0.00 | $807.87 | Y | |
| 002-0 | 9/30/2015 | OCWEN LOAN SERVICING, LLC | 1809485 | $810.54 | $0.00 | $810.54 | Y | |
| 002-0 | 8/31/2015 | OCWEN LOAN SERVICING, LLC | 1804396 | $810.54 | $0.00 | $810.54 | Y | |
| 002-0 | 8/15/2015 | OCWEN LOAN SERVICING, LLC | 1799324 | ($810.54) | $0.00 | ($810.54) | Y | Void |
| 002-0 | 8/15/2015 | OCWEN LOAN SERVICING, LLC | 1800445 | $810.54 | $0.00 | $810.54 | Y | Manual |
| 002-0 | 7/31/2015 | OCWEN LOAN SERVICING, LLC | 1799324 | $810.54 | $0.00 | $810.54 | Y | |
| 002-0 | 6/30/2015 | OCWEN LOAN SERVICING, LLC | 1794279 | $810.54 | $0.00 | $810.54 | Y | |
| 002-0 | 5/31/2015 | OCWEN LOAN SERVICING, LLC | 1788914 | $810.54 | $0.00 | $810.54 | Y | |
| 002-0 | 4/30/2015 | OCWEN LOAN SERVICING, LLC | 1783857 | $810.54 | $0.00 | $810.54 | Y | |
| 002-0 | 3/31/2015 | OCWEN LOAN SERVICING, LLC | 1778260 | $810.54 | $0.00 | $810.54 | Y | |
| 002-0 | 2/28/2015 | OCWEN LOAN SERVICING, LLC | 1772688 | $849.36 | $0.00 | $849.36 | Y | |
| 002-0 | 1/31/2015 | OCWEN LOAN SERVICING, LLC | 1767403 | $812.67 | $0.00 | $812.67 | Y | |
| 002-0 | 12/31/2014 | OCWEN LOAN SERVICING, LLC | 1762259 | $812.67 | $0.00 | $812.67 | Y | |
| 002-0 | 11/30/2014 | OCWEN LOAN SERVICING, LLC | 1756931 | $812.67 | $0.00 | $812.67 | Y | |
| 002-0 | 10/31/2014 | OCWEN LOAN SERVICING, LLC | 1751846 | $812.56 | $0.00 | $812.56 | Y | |
| 002-0 | 9/30/2014 | OCWEN LOAN SERVICING, LLC | 1746510 | $809.96 | $0.00 | $809.96 | Y | |
| 002-0 | 8/31/2014 | OCWEN LOAN SERVICING, LLC | 1740969 | $809.96 | $0.00 | $809.96 | Y | |
| 002-0 | 8/14/2014 | ONEWEST BANK, FSB | 1733122 | ($809.96) | $0.00 | ($809.96) | Y | Void |
| 002-0 | 8/14/2014 | OCWEN LOAN SERVICING, LLC | 1736827 | $809.96 | $0.00 | $809.96 | Y | Manual |
| 002-0 | 7/31/2014 | ONEWEST BANK, FSB | 1733122 | $809.96 | $0.00 | $809.96 | Y | |
| 002-0 | 6/30/2014 | ONEWEST BANK, FSB | 1727449 | $809.96 | $0.00 | $809.96 | Y | |
| 002-0 | 5/31/2014 | ONEWEST BANK, FSB | 1721951 | $809.96 | $0.00 | $809.96 | Y | |
| 002-0 | 5/19/2014 | ONEWEST BANK, FSB | 1716368 | ($809.96) | $0.00 | ($809.96) | Y | Void |
| 002-0 | 5/19/2014 | ONEWEST BANK, FSB | 1720258 | $809.96 | $0.00 | $809.96 | Y | Manual |
| 002-0 | 4/30/2014 | ONEWEST BANK, FSB | 1716368 | $809.96 | $0.00 | $809.96 | Y | |
| 002-0 | 3/31/2014 | ONEWEST BANK, FSB | 1713454 | $187.18 | $0.00 | $187.18 | Y | |

13-11877-NWW  BETTY SUE HOWARD
171 HOWARD ROAD NE
CLEVELAND TN 37312

Atty: RICHARD L BANKS & ASSOCIATES
Paid/Discharged

| Clm Num | Date | Name | Check# | Principal | Int Pd | Total Paid | R | Type |
|---|---|---|---|---|---|---|---|---|
| 002-0 | 3/31/2014 | ONEWEST BANK, FSB | 1709535 | $1,477.70 | $0.00 | $1,477.70 | Y | |
| 002-0 | 3/6/2014 | ONEWEST BANK, FSB | 0 | ($811.43) | $0.00 | ($811.43) | Y | |
| 002-0 | 2/28/2014 | ONEWEST BANK, FSB | 1704981 | $811.43 | $0.00 | $811.43 | Y | |
| 002-0 | 1/31/2014 | ONEWEST BANK | 1699392 | $811.43 | $0.00 | $811.43 | Y | |
| 002-0 | 12/31/2013 | ONEWEST BANK | 1693892 | $525.50 | $0.00 | $525.50 | Y | |
| 002-0 | 11/30/2013 | ONEWEST BANK | 1688230 | $408.22 | $0.00 | $408.22 | Y | |
| 002-0 | 10/31/2013 | ONEWEST BANK | 1677805 | $422.79 | $0.00 | $422.79 | Y | |
| 002-0 | 9/30/2013 | ONEWEST BANK | 1672096 | $409.65 | $0.00 | $409.65 | Y | |
| 002-0 | 9/16/2013 | ONEWEST BANK | 1665571 | $409.65 | $0.00 | $409.65 | Y | |
| 002-0 | 9/16/2013 | ONEWEST BANK | 1664464 | ($409.65) | $0.00 | ($409.65) | Y | Void |
| 002-0 | 8/31/2013 | ONEWEST BANK | 1664464 | $409.65 | $0.00 | $409.65 | Y | |
| 002-0 | 7/31/2013 | ONEWEST BANK | 1658824 | $705.36 | $0.00 | $705.36 | Y | |
| | | | | $47,671.03 | $0.00 | $47,671.03 | | |
| 002-1 | 11/30/2017 | OCWEN LOAN SERVICING, LLC | 1935734 | $84.37 | $0.00 | $84.37 | Y | |
| 002-1 | 10/31/2017 | OCWEN LOAN SERVICING, LLC | 1931169 | $117.00 | $0.00 | $117.00 | Y | |
| 002-1 | 9/30/2017 | OCWEN LOAN SERVICING, LLC | 1926546 | $117.00 | $0.00 | $117.00 | Y | |
| 002-1 | 8/31/2017 | OCWEN LOAN SERVICING, LLC | 1921864 | $117.00 | $0.00 | $117.00 | Y | |
| 002-1 | 7/31/2017 | OCWEN LOAN SERVICING, LLC | 1917170 | $117.00 | $0.00 | $117.00 | Y | |
| 002-1 | 6/30/2017 | OCWEN LOAN SERVICING, LLC | 1912493 | $130.63 | $0.00 | $130.63 | Y | |
| 002-1 | 5/31/2017 | OCWEN LOAN SERVICING, LLC | 1907736 | $131.96 | $0.00 | $131.96 | Y | |
| 002-1 | 4/30/2017 | OCWEN LOAN SERVICING, LLC | 1902812 | $131.96 | $0.00 | $131.96 | Y | |
| 002-1 | 3/31/2017 | OCWEN LOAN SERVICING, LLC | 1898020 | $131.96 | $0.00 | $131.96 | Y | |
| 002-1 | 2/28/2017 | OCWEN LOAN SERVICING, LLC | 1893049 | $131.96 | $0.00 | $131.96 | Y | |
| 002-1 | 1/31/2017 | OCWEN LOAN SERVICING, LLC | 1888410 | $131.96 | $0.00 | $131.96 | Y | |
| 002-1 | 12/31/2016 | OCWEN LOAN SERVICING, LLC | 1883670 | $131.96 | $0.00 | $131.96 | Y | |
| 002-1 | 11/30/2016 | OCWEN LOAN SERVICING, LLC | 1879015 | $133.15 | $0.00 | $133.15 | Y | |
| 002-1 | 10/31/2016 | OCWEN LOAN SERVICING, LLC | 1874263 | $122.57 | $0.00 | $122.57 | Y | |
| 002-1 | 9/30/2016 | OCWEN LOAN SERVICING, LLC | 1869428 | $122.89 | $0.00 | $122.89 | Y | |
| 002-1 | 8/31/2016 | OCWEN LOAN SERVICING, LLC | 1864581 | $122.89 | $0.00 | $122.89 | Y | |
| 002-1 | 7/31/2016 | OCWEN LOAN SERVICING, LLC | 1859628 | $122.89 | $0.00 | $122.89 | Y | |
| 002-1 | 6/30/2016 | OCWEN LOAN SERVICING, LLC | 1854796 | $122.89 | $0.00 | $122.89 | Y | |
| 002-1 | 5/31/2016 | OCWEN LOAN SERVICING, LLC | 1849821 | $122.89 | $0.00 | $122.89 | Y | |
| 002-1 | 4/30/2016 | OCWEN LOAN SERVICING, LLC | 1844712 | $122.89 | $0.00 | $122.89 | Y | |
| 002-1 | 3/31/2016 | OCWEN LOAN SERVICING, LLC | 1839640 | $122.89 | $0.00 | $122.89 | Y | |
| 002-1 | 2/29/2016 | OCWEN LOAN SERVICING, LLC | 1834242 | $271.74 | $0.00 | $271.74 | Y | |
| 002-1 | 1/31/2016 | OCWEN LOAN SERVICING, LLC | 1829204 | $271.74 | $0.00 | $271.74 | Y | |
| 002-1 | 12/31/2015 | OCWEN LOAN SERVICING, LLC | 1824330 | $271.74 | $0.00 | $271.74 | Y | |
| 002-1 | 12/12/2015 | OCWEN LOAN SERVICING, LLC | 1819391 | ($271.74) | $0.00 | ($271.74) | Y | Void |
| 002-1 | 12/12/2015 | OCWEN LOAN SERVICING, LLC | 1820459 | $271.74 | $0.00 | $271.74 | Y | Manual |
| 002-1 | 11/30/2015 | OCWEN LOAN SERVICING, LLC | 1819391 | $271.74 | $0.00 | $271.74 | Y | |
| 002-1 | 10/31/2015 | OCWEN LOAN SERVICING, LLC | 1814433 | $271.74 | $0.00 | $271.74 | Y | |
| 002-1 | 9/30/2015 | OCWEN LOAN SERVICING, LLC | 1809485 | $272.41 | $0.00 | $272.41 | Y | |
| 002-1 | 8/31/2015 | OCWEN LOAN SERVICING, LLC | 1804396 | $272.41 | $0.00 | $272.41 | Y | |
| 002-1 | 8/15/2015 | OCWEN LOAN SERVICING, LLC | 1799324 | ($272.41) | $0.00 | ($272.41) | Y | Void |
| 002-1 | 8/15/2015 | OCWEN LOAN SERVICING, LLC | 1800445 | $272.41 | $0.00 | $272.41 | Y | Manual |
| 002-1 | 7/31/2015 | OCWEN LOAN SERVICING, LLC | 1799324 | $272.41 | $0.00 | $272.41 | Y | |
| 002-1 | 6/30/2015 | OCWEN LOAN SERVICING, LLC | 1794279 | $272.41 | $0.00 | $272.41 | Y | |
| 002-1 | 5/31/2015 | OCWEN LOAN SERVICING, LLC | 1788914 | $272.41 | $0.00 | $272.41 | Y | |
| 002-1 | 4/30/2015 | OCWEN LOAN SERVICING, LLC | 1783857 | $272.41 | $0.00 | $272.41 | Y | |
| 002-1 | 3/31/2015 | OCWEN LOAN SERVICING, LLC | 1778260 | $272.41 | $0.00 | $272.41 | Y | |
| 002-1 | 2/28/2015 | OCWEN LOAN SERVICING, LLC | 1772688 | $233.59 | $0.00 | $233.59 | Y | |
| 002-1 | 1/31/2015 | OCWEN LOAN SERVICING, LLC | 1767403 | $270.28 | $0.00 | $270.28 | Y | |
| 002-1 | 12/31/2014 | OCWEN LOAN SERVICING, LLC | 1762259 | $270.28 | $0.00 | $270.28 | Y | |
| 002-1 | 11/30/2014 | OCWEN LOAN SERVICING, LLC | 1756931 | $270.28 | $0.00 | $270.28 | Y | |
| 002-1 | 10/31/2014 | OCWEN LOAN SERVICING, LLC | 1751846 | $270.25 | $0.00 | $270.25 | Y | |
| 002-1 | 9/30/2014 | OCWEN LOAN SERVICING, LLC | 1746510 | $269.65 | $0.00 | $269.65 | Y | |
| 002-1 | 8/31/2014 | OCWEN LOAN SERVICING, LLC | 1740969 | $269.65 | $0.00 | $269.65 | Y | |
| 002-1 | 8/14/2014 | OCWEN LOAN SERVICING, LLC | 1736827 | $269.65 | $0.00 | $269.65 | Y | Manual |
| 002-1 | 8/14/2014 | ONEWEST BANK, FSB | 1733122 | ($269.65) | $0.00 | ($269.65) | Y | Void |

Case 1:13-bk-11877-NWW  Doc 100  Filed 07/19/18  Entered 07/19/18 10:53:34  Desc
Page 5 of 6

Case Status Report - Disburse History

Status as of    7/16/2018

Page 3
Chapter 13

13-11877-NWW  BETTY SUE HOWARD
171 HOWARD ROAD NE
CLEVELAND TN 37312

Atty: RICHARD L BANKS & ASSOCIATES
Paid/Discharged

| Clm Num | Date | Name | Check# | Principal | Int Pd | Total Paid | R | Type |
|---|---|---|---|---|---|---|---|---|
| 002-1 | 7/31/2014 | ONEWEST BANK, FSB | 1733122 | $269.65 | $0.00 | $269.65 | Y | |
| 002-1 | 6/30/2014 | ONEWEST BANK, FSB | 1727449 | $269.65 | $0.00 | $269.65 | Y | |
| 002-1 | 5/31/2014 | ONEWEST BANK, FSB | 1721951 | $269.65 | $0.00 | $269.65 | Y | |
| 002-1 | 5/19/2014 | ONEWEST BANK, FSB | 1720258 | $269.65 | $0.00 | $269.65 | Y | Manual |
| 002-1 | 5/19/2014 | ONEWEST BANK, FSB | 1716368 | ($269.65) | $0.00 | ($269.65) | Y | Void |
| 002-1 | 4/30/2014 | ONEWEST BANK, FSB | 1716368 | $269.65 | $0.00 | $269.65 | Y | |
| 002-1 | 3/31/2014 | ONEWEST BANK, FSB | 1709535 | $428.57 | $0.00 | $428.57 | Y | |
| 002-1 | 3/31/2014 | ONEWEST BANK, FSB | 1713454 | $65.77 | $0.00 | $65.77 | Y | |
| 002-1 | 3/6/2014 | ONEWEST BANK, FSB | 0 | ($268.18) | $0.00 | ($268.18) | Y | |
| 002-1 | 2/28/2014 | ONEWEST BANK, FSB | 1704981 | $268.19 | $0.00 | $268.19 | Y | |
| 002-1 | 1/31/2014 | ONEWEST BANK | 1699392 | $268.18 | $0.00 | $268.18 | Y | |
| 002-1 | 12/31/2013 | ONEWEST BANK | 1693892 | $184.66 | $0.00 | $184.66 | Y | |
| 002-1 | 11/30/2013 | ONEWEST BANK | 1688230 | $102.38 | $0.00 | $102.38 | Y | |
| 002-1 | 10/31/2013 | ONEWEST BANK | 1677805 | $87.81 | $0.00 | $87.81 | Y | |
| 002-1 | 9/30/2013 | ONEWEST BANK | 1672096 | $102.73 | $0.00 | $102.73 | Y | |
| 002-1 | 9/16/2013 | ONEWEST BANK | 1664464 | ($102.73) | $0.00 | ($102.73) | Y | Void |
| 002-1 | 9/16/2013 | ONEWEST BANK | 1665571 | $102.73 | $0.00 | $102.73 | Y | |
| 002-1 | 8/31/2013 | ONEWEST BANK | 1664464 | $102.73 | $0.00 | $102.73 | Y | |
| 002-1 | 7/31/2013 | ONEWEST BANK | 1658824 | $175.67 | $0.00 | $175.67 | Y | |
| | | | | $10,307.37 | $0.00 | $10,307.37 | | |
| | | Grand Total | | $57,978.40 | $0.00 | $57,978.40 | | |

| | | | Status as of | | 7/16/2018 | | | | Page 1 Chapter 13 |
|---|---|---|---|---|---|---|---|---|---|

13-11877-NWW  BETTY SUE HOWARD
171 HOWARD ROAD NE
CLEVELAND TN 37312

Atty: RICHARD L BANKS & ASSOCIATES
Paid/Discharged

| Clm Num | Date | Name | Check# | Principal | Int Pd | Total Paid | R | Type |
|---|---|---|---|---|---|---|---|---|
| 300-0 | 9/30/2017 | PENNYMAC LOAN SERVICES LLC | 1926608 | $102.53 | $0.00 | $102.53 | | Y |
| 300-0 | 8/31/2017 | PENNYMAC LOAN SERVICES LLC | 1921918 | $190.23 | $0.00 | $190.23 | | Y |
| 300-0 | 7/31/2017 | PENNYMAC LOAN SERVICES LLC | 1917225 | $190.23 | $0.00 | $190.23 | | Y |
| 300-0 | 6/30/2017 | PENNYMAC LOAN SERVICES LLC | 1912552 | $17.01 | $0.00 | $17.01 | | Y |
| | | | | $500.00 | $0.00 | $500.00 | | |
| | | Grand Total | | $500.00 | $0.00 | $500.00 | | |